# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE KRIDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:14-cv-00015-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 3 |

On January 3, 2014, Plaintiff Carrie Krider ("Plaintiff") filed the complaint in this action along with an application to proceed in forma pauperis without prepayment of fees.  (ECF No. 3.)  In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that she "is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).  The 2013 Poverty Guidelines for the 48 contiguous states for a household of one is $11,490.  2013 Poverty Guidelines, http://aspe.hhs.gov/poverty/13poverty.cfm (last visited Jan. 7, 2014).

/ / /

Plaintiff's application to proceed in forma pauperis indicates that Plaintiff's income includes $1,756 per month from Calpers retirement, which equates to $21,072.00 per year. Plaintiff also identified assets including a home worth $150,000.00 and a car worth $3,000.00. Plaintiff did not identify any persons who are dependent upon her for support.

Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma pauperis under 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee within thirty (30) days.  If the filing fee is not paid within thirty (30) days, this action will be dismissed.

IT IS SO ORDERED.

Dated:  **January 7, 2014**

UNITED STATES MAGISTRATE JUDGE

2