# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE KRIDER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:14-cv-00015-AWI-SAB<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 4) |

On January 3, 2014, Plaintiff Carrie Krider ("Plaintiff") filed an application to proceed <u>in forma pauperis</u> in this action without prepayment of fees.  (ECF No. 3.)  On January 7, 2014, the magistrate judge issued an order finding Plaintiff ineligible to proceed in forma pauperis and directed Plaintiff to pay the filing fee within thirty days.  Plaintiff was advised that failure to pay the filing fee would result in this action being dismissed.  (ECF No. 4.)  More than thirty days have passed and Plaintiff has not paid the filing fee in this action or otherwise responded to the Court's order.

Accordingly, this action is HEREBY DISMISSED without prejudice, for Plaintiff's failure to pay the filing fee in compliance with the January 7, 2014 order.  The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated:   February 19, 2014                                   _____
                                                              SENIOR  DISTRICT  JUDGE

1